UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN THOMAS ROMAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | No.　CV 15-0619 PA<br>　　　CR 09-0077 PA<br><br>JUDGMENT |

　　Pursuant to this Court's Order Denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

　　IS IS ADJUDGED that the Motion to Vacate, Set Aside or Correct Sentence is denied and this action is dismissed with prejudice.

　　DATED: October 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE